FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2021

SEAN F. McAVOY, CLERK

*AUSA Assigned: SAV and RRB*

*County of Investigation: Spokane*

*In Re: Affidavit for Criminal Complaint charging MATTHEW GUDINO-PENA (A/K/A "CHEESY") with Conspiracy to Distribute 400 Grams or More of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846*

## AFFIDAVIT

STATE OF WASHINGTON )
                            ) ss
County of Spokane )

## INTRODUCTION AND AGENT BACKGROUND

1.     I, Jon T. Wiseman, Special Agent, being first duly sworn on oath, deposes and states:

2.     Your affiant is a Special Agent (S/A) of the Drug Enforcement Administration (DEA). This affidavit is in support of an arrest warrant for MATTHEW GUDINO-PENA (A/K/A "CHEESY").

3.     Your affiant has been a DEA SA since May 2003, and is currently assigned to DEA's Seattle Field Division, Spokane District Office.  Prior to your affiant's appointment as a DEA Special Agent, your affiant was employed as a Police Officer by the City of Richland, Washington, from October 1991 until April 2003.  While employed Police Officer for the City of Richland, your affiant participated in numerous investigations of street level narcotics traffickers and their associates and was assigned to routine patrol for six years and the detectives division for five years.  Your affiant completed the Washington State Criminal Justice Training Academy course for police officers in 1991.  In 1991, your affiant

Affidavit of Jon T. Wiseman - 1
MATTHEW GUDINO-PENA (A/K/A "CHEESY") Criminal Complaint

earned a Bachelor of Arts degree in Criminal Justice from Eastern Washington University.

4.      Your affiant has been assigned to the Spokane Resident Office since November 2008.  Prior to that, your affiant was assigned to DEA's Seattle Field Division, beginning in May 2003.  Your affiant has received formal training at the DEA's Basic Agent Training Academy in Quantico, Virginia.  The sixteen-week DEA Basic Academy included more than 300 hours of comprehensive, formalized instruction in a number of areas, including but not limited to: basic narcotic investigations; drug identification, detection, and interdiction; familiarization with United States narcotic laws; financial investigations and money laundering techniques; identification, seizure, and forfeiture of drug related assets; and undercover operations.  Your affiant received training related to criminal organizations engaged in conspiracies to manufacture and/or possess with intent to distribute marijuana, cocaine, cocaine base, heroin, methamphetamine, and other drugs prohibited by law.  Your affiant has received training regarding the Fourth Amendment and search and seizure law, Confidential Source ("CS") management, and investigative techniques relevant to the investigation of drug crimes.

5.      During the course of your affiant's employment as a Detective and Special Agent, your affiant has participated in numerous criminal investigations and has gained knowledge and experience by working with other agents and TFO's.  Your affiant has participated in the execution of numerous federal and state search warrants involving the seizure of controlled substances, the seizure of records relating to the manufacturing and distribution of controlled substances, and other types of evidence documenting the activities of drug trafficking organizations and their members.  Your affiant has utilized numerous investigative techniques and resources and drawn upon on the experience, techniques, and resources he has gained in his law enforcement career.

Affidavit of Jon T. Wiseman - 2
MATTHEW GUDINO-PENA (A/K/A "CHEESY") Criminal Complaint

6.      This affidavit does not contain all of the information known to me or to law enforcement regarding this investigation, but rather contains only those facts believed to be necessary to support the criminal complaint. I have personally participated in this investigation and the following information is derived from my personal observations, review of official court documents, and information provided by other sworn law enforcement officers and community corrections personnel.  I am familiar with the facts as set forth herein from Task Force Officer Timothy Snell and DEA SA Dave Clyde.  I have discussed the contents of his affidavit with them, and they confirmed, to the best of our knowledge, that this information is accurate.

## INVESTIGATION AND PROBABLE CAUSE

7.      For the reasons set forth below, MATTHEW GUDINO-PENA (A/K/A "CHEESY"), HUNTER BOW O'MEALY, CALEB RYAN CARR, JAMIE BELLOVICH, a CONFIDENTIAL SOURCE, and others are part of a drug conspiracy to distribute 50,000+ fentanyl pills in Eastern Washington and elsewhere.  Their organization has also been distributing other drugs to include cocaine, methamphetamine, LSD and marijuana.  The investigation also identified a number of violent crimes perpetrated in furtherance of their drug trafficking activities.  To date, at least three violent shootings have been identified, including one homicide.  There also has been at least one overdose death linked to this organization.  A detailed summary of the investigation, including MATTHEW GUDINO-PENA's involvement, is set forth below.

### Overdose Death and Homicide in Northern Idaho

8.      In May 2021, in Coeur D'Alene, Idaho, a juvenile victim, who was a high school freshman, was pronounced dead due to a fentanyl overdose.  DEA's investigation identified the likely supplier as Matthew Holmberg, who uses the SnapChat moniker "pac.man2021."  During the investigation into the overdose,

Holmberg and an associate, Dennen Fitterer-Usher, were implicated in the shooting death of Gabriel Casper on May 31, 2021 in Coeur D'Alene. In statements to law enforcement, both Holmberg and Fitterer-Usher admitted they shot Casper during a drug deal gone bad. Specifically, Holmberg and Fitterer explained they met up with Casper and another individual to sell counterfeit oxycodone hydrochloride pills, laced with suspected fentanyl. During the meeting, however, Casper and the individual pulled guns on Holmberg and Fitterer-Usher. At this point, Fitterer-Usher opened fire. Holmberg and Fitterer-Usher are currently in custody in Idaho, where they are facing charges in the District of Idaho.

### Linking MATTHEW GUDINO-PENA (A/K/A "CHEESY") and Others to the Conspiracy

9.     During the Idaho investigation into the shooting and overdose death referenced above, a Cooperating Defendant (hereafter CD) came forward and identified Holmberg and Fitterer-Usher's source of supply of Fentanyl laced pills. Based on the information from the CD, as well as a suspicious history at the source's residence of packages coming from a fake address in Tacoma, Washington, DEA and the U.S. Postal Inspection Service (UPSIS) obtained and executed a search warrant of the source's home on July 30, 2021. While executing the search warrant, DEA recovered thousands of blue counterfeit oxycodone hydrochloride pills, laced with suspected fentanyl. The source of supply (hereafter the "CS") admitted to selling drugs to Holmberg and identified the CS's suppliers as O'MEALY and CARR, who traveled from Tacoma to Spokane to deliver pills. O'MEALY and CARR also sent pills to the CS through the U.S. Postal Service.

10.     The CS, who has no criminal history and is facing charges for possession with intent to distribute counterfeit oxycodone hydrochloride pills, agreed to cooperate with DEA and explained to DEA that O'MEALY and CARR

distribute a wide variety of controlled substances to include, methamphetamine, heroin, cocaine, pills, and marijuana. The CS explained that O'MEALY, CARR, and their associates use firearms in transactions of narcotics. The CS further provided information that O'MEALY and CARR own a business and sell designer clothes, guns, switches that make firearms fully automatic, and drugs out of a storage unit in Tacoma. The CS reported that O'MEALY and CARR have become increasingly violent, shooting downline dealers who owed drug debts. O'MEALY and CARR's prior violence was corroborated by DEA, which confirmed that CARR was identified as a suspect in a violent shooting in the Seattle area in July 2020. The CS also reported that O'MEALY pulled a gun on the CS because the CS was once short on money.

11.    As part of his cooperation, the CS recorded a number of snapchat videos, which have been provided to DEA. In these videos and related messages, O'MEALY and CARR are advertising drugs and toting guns. By way of example, on or about August 12, 2021, O'MEALY posted a video on Snapchat with a large assortment of firearms. O'MEALY planned on selling the firearms to have enough money to obtain larger quantities of controlled substances. The video depicts numerous handguns and assault style rifles.

12.    As the investigation progressed, the CS provided information linking GUDINO-PENA to O'MEALY and CARR's drug distribution activities. As set forth below, GUDINO-PENA provided a security escort to O'MEALY in August 2021 when O'MEALY was traveling back to Washington state after picking up more than 40,000 suspected counterfeit oxycodone pills. GUDINO-PENA further appeared in various snap chat videos, including in videos where GUDINO-PENA was firing what appears to be fully automatic illegal firearms. Specifically, DEA Task Force Officer Timothy Snell obtained videos from CARR's Snapchat account in which GUDINO-PENA is shooting a gun – i.e., in videos dated around August

11 – August 13, GUDINO-PENA is captured on video shooting what appears to be fully automatic and semi-automatic weapons. One video appears with the following caption, identifying GUDINO-PENA by his nickname: "Cheesy knock your head off like a (watermelon emoji)." In October 2021, CARR and O'MEALY reached out to the CS and asked the CS to create fake identifications to help CARR and O'MEALY to evade law enforcement. In doing so, CARR and O'MEALY also asked the CS to create a fake identification for GUDINO-PENA.

13.     GUDINO-PENA was also implicated in an attempted murder in which O'MEALY and CARR suspected an associate of cooperating with law enforcement. After that shooting, GUDINO-PENA traveled with O'MEALY to Arizona. When O'MEALY was arrested in connection with an Indictment out of the Eastern District of Washington on October 13, 2021, O'MEALY was with GUDINO-PENA. On October 15, 2021, when CARR was arrested on the same indictment, CARR was again with GUDINO-PENA. Additional details regarding GUDINO-PENA's role in the conspiracy are set forth below.

### August 18, 2021 Traffic Stop in Chehalis, Washington

14.     On August 10, 2021, DEA met with the CS, who informed DEA TFO Tim Snell that O'MEALY and CARR would be traveling to Arizona on August 11, 2021 to "re-up" and would be in the Spokane area Saturday or Sunday that week. A few days later, on August 15, 2021, the CS provided DEA with a Snapchat video depicting CARR preparing to board an airplane with a small red bag. The CS told TFO Snell that CARR was flying back to Tacoma with half a brick of cocaine. The CS forwarded TFO Snell a voicemail from CARR in which he talked about his travel plans and needing to be back in Tacoma for a "play" for half a "brick" (drug slang the CS knows to mean the sale of half a kilogram of cocaine).

15.     On August 17, 2021, the CS told DEA that O'MEALY was headed back to Tacoma. TFO Snell monitored geo-location information from

O'MEALY's phone, which had been obtained pursuant to a search warrant, and observed movement back west towards California on the evening of August 17, 2021. Overnight and into August 18, 2021, the geolocation information showed O'MEALY moving north through California. On August 18, 2021, O'MEALY was stopped while driving a maroon-colored Honda Insight on Interstate 5 by DEA Joint Narcotics Task Force (JNET) near Chehalis, Washington.

16.    GUDINO-PENA was in a separate vehicle, which accompanied O'MEALY'S Honda Insight. GUDINO-PENA's vehicle and O'MEALY's honda appeared to be moving in tandem and were very close to one another. During the traffic stop, and after obtaining a search warrant on the two vehicles, DEA recovered approximately 40,000 suspected counterfeit oxycodone pills, several firearms, and $16,300 in US currency from inside the Honda Insight. Further DEA laboratory testing and official drug weights are pending.

17.    In messages obtained from the CS, CARR made statements to the effect that GUDINO-PENA was providing support to O'MEALY for transporting the suspected counterfeit oxycodone pills on August 18, 2021. A video later obtained from CARR's iPhone appears to depict GUDINO-PENA and others with bags containing suspected counterfeit oxycodone hydrochloride pills in what appears to be a hotel room on August 3, 2021.

**August 24, 2021 Controlled Buy in Spokane, Washington**

18.    On August 23, 2021, at the direction of TFO Snell and DEA SA David Clyde, the CS contacted CARR and O'MEALY to order 2,000 fentanyl laced pills (counterfeit oxycodone). CARR said he would be traveling to Spokane on August 24, 2021 and would have a girlfriend drive him. CARR claimed because of the recent traffic stop involving O'MEALY, CARR was being extra cautious.

19.    On August 24, 2021 the CS and CARR agreed to meet in the parking lot of a restaurant located near downtown Spokane, Washington. Based on this

information, DEA Surveillance units set up in the area.  CARR said he would be in a white Kia with no front bumper.  When he arrived, CARR directed the CS to come to him. Surveillance observed the white Kia parked across the street to the north of the restaurant.  The registration on the white Kia returned to Jamie BELLOVICH from Tacoma, Washington. The CS entered the white Kia and conversed with CARR, who was in the front passenger seat.  A female, who later was identified as BELLOVICH, was in the driver seat.

20.     During the controlled buy, CARR handed the CS a pillowcase containing approximately twenty pounds of marijuana candy and 2,000 suspected Fentanyl laced pills. Along with the controlled substances, CARR handed the CS five iPhones and a new pre-paid Straight Talk branded flip phone. CARR and O'MEALY believed the CS had computer expertise and could make the phones invisible to law enforcement. CARR asked the CS to begin working on CARR's blue iPhone 12 first.

21.     Although O'MEALY wasn't present for the delivery of these drugs, he collected money for the drugs from the CS about two weeks later.

### Extraction of CARR's iPhone 12

22.     Rather than make the iPhones invisible, the CS gave the 5 phones to DEA.  On August 31, 2021, DEA successfully extracted CARR's blue iPhone 12 upon execution of a search warrant. The phone extraction provided law enforcement with extensive information regarding the sale of controlled substances and other unlawful activities involving members of the conspiracy.  By way of example, information retrieved from the extraction of CARR's iPhone 12 provided law enforcement with BELLOVICH's phone number, which had a car emoji in as part of BELLOVICH's contact information.  The search also identified a number of CARR's texts regarding the use of storage units to distribute controlled substances. In one message string, with an unidentified female who described

herself as "the girl from public storage," the female asks CARR for "some blues, but also wanted a good deal on them, if possible." In another message thread, dated July 2, 2021, CARR told O'MEALY he was going to "leave all this money in 802" – a reference to a storage unit they were renting.

### CARR, O'MEALY, and BELLOVICH's September 2021 Trip to Spokane, North Carolina, and Arizona

23.     On September 6, 2021, CARR and O'MEALY told the CS they planned on traveling to North Carolina to attend a concert. The next day, the CS informed DEA that CARR and O'MEALY would be passing through Spokane on their way east. As part of this trip, CARR and O'MEALY requested the CS provide payment for the previous delivery of 2,000 suspected fentanyl laced pills and marijuana candy obtained from CARR and BELLOVICH on August 24, 2021. CARR and O'MEALY met the CS at the parking lot for a hotel in Spokane Valley, Washington.  DEA put surveillance in place and observed a gold Honda Accord pull into the lot and park next to the CS's car.  The CS got out of his vehicle, and met CARR, O'MEALY, and BELLOVICH next to the Honda Accord.  At this point, the CS gave CARR a Walmart bag containing $3,000.  Also in the bag was the pre-paid Straight Talk branded flip phone CARR gave to the CS on August 24, 2021 to make invisible. DEA TFOs Cody Herman and Matt Heinle were in a vehicle near the CS and watched the interactions between the CS, CARR, O'MEALY, and BELLOVICH. TFO's Herman and Heinle were able to positively identify CARR and O'MEALY.  The CS later confirmed that the female was BELLOVICH – i.e., the same woman who traveled with CARR on August 24, 2021.

24.     Using geolocation data for CARR's phone, TFO Snell observed CARR travel across the northern United States. By September 10, the pings were in the area of Raleigh, North Carolina. On September 11, 2021 the pings were

moving west across the southern portion of the United States. Then, on September 12, 2021 the pings arrived in the area of Tucson, Arizona. The next day, the CS advised TFO Snell that CARR and O'MEALY obtained yachts (yacht is drug slang for 10,000 pills) in the desert from a Mexican source. Then, on September 14, 2021, the CS advised TFO Snell that CARR and O'MEALY were running illegal aliens and were posting information on Snapchat to recruit additional drivers. Over the next few days, O'MEALY and BELLOVICH returned to Tacoma. CARR, however, stayed in Arizona, because, according to CARR, he was assaulted and robbed near the Mexican border by someone CARR believed to be associated with a Mexican cartel. CARR reported that he had bruised or broken ribs and apparently wasn't well enough to travel.

### Shipment of Additional Narcotics from Tacoma to Spokane on September 21, 2021

25.    On September 18, 2021, the CS told TFO Snell that O'MEALY and CARR wanted to ship suspected fentanyl laced pills to the CS in Spokane. As part of this transaction, the CS was supposed to ship $4,500 to $5,000 by overnight USPS mail and, in return, O'MEALY would have a "runner" ship two or three boats of pills (2,000 – 3,000) to the CS.  Around this time, the CS reported to DEA that CARR was trying to expand methamphetamine sales and asked the CS if he would move methamphetamine for CARR.

26.    On September 20, 2021, TFO Snell, SA Clyde and USPIS Inspector Shannon Saylor met with the CS to complete a shipping label in preparation for the shipment of $5,000 to a mailbox in Tacoma associated with CARR and O'MEALY'S business.  The CS then advised TFO Snell and SA Clyde that O'MEALY would ship the pills upon receipt of a tracking number for the shipment containing the $5,000.  The CS then sent a photograph of the tracking receipt to O'MEALY.  The next day, O'MEALY sent a picture of shipping receipt for the

Affidavit of Jon T. Wiseman - 10
MATTHEW GUDINO-PENA (A/K/A "CHEESY") Criminal Complaint

drugs.  Video obtained from the post office in Tacoma shows BELLOVICH shipping the package.  Ultimately, USPIS Inspector Shannon Saylor collected the package.  Inside the package, there were approximately 2,000 suspected fentanyl laced pills.  The pills have been sent to the DEA lab for further testing.

### Shooting of Trequan Morton by GUDINO-PENA and O'MEALY

27.    On September 25, 2021, CARR told the CS about a shooting involving O'MEALY and GUIDINO-PENA.  The CS then forwarded a text string to DEA between the CS and CARR.  The text messages indicated that a shooting occurred "last night" and involved O'MEALY catching the person who was snitching on them. CARR messaged that the shooting was "outside the studio" in Lakewood, Washington.  CARR further messaged that someone named "tre" was shot and his lung was collapsed. CARR added that GUIDINO-PENA was with O'MEALY during the shooting.  After learning of GUIDINO-PENA'S possible involvement, DEA SA Clyde reviewed videos from CARR's Snapchat and observed that one of the videos showed GUDINO-PENA shooting a gun with a caption that read, "Cheesy knock your head off like a (watermelon emoji)."

28.    When DEA learned about the shooting, SA Clyde reached out to the Lakewood Police Department (LPD) to confirm and verify the information from the CS.  SA Clyde confirmed that a shooting had indeed occurred on Friday night or early Saturday morning around midnight outside of a recording studio.  LPD Detective Jeffery Martin told SA Clyde that video showed two shooters exiting a black Lexus with black rims firing more than 30 shots in 8 seconds.  Detective Martin confirmed the victim's name to be Tre Morton, who was then in the hospital with spinal damage. According to hospital personal, Morton likely will be paralyzed from the waist down as a result of the shooting.  Morton reported to police that if the car was a black Lexis, then O'MEALY was involved in the shooting.

Affidavit of Jon T. Wiseman - 11
MATTHEW GUDINO-PENA (A/K/A "CHEESY") Criminal Complaint

29.     On September 27, 2021, the CS contacted DEA about a conversation he had with O'MEALY on a recorded video call over Snapchat. In the recording, the CS asked O'MEALY if "bro" (reference to Tre) was going to pull through. O'MEALY responded that Tre got hit in the lung, went out the back and hit him in the vertebrate shattering Tre's spine. O'MEALY explained that Tre may not be able to walk again and was critical. O'MEALY said Tre would not be able to "Remember shit" because "he didn't see shit," and there were other people with him. The CS asked whether O'MEALY hit anyone else.  O'MEALY responded that he did not. The CS asked how O'MEALY knew where Tre was, and O'MEALY responded that Tre posted his location on "Snap." O'MEALY explained that when he saw the location on "snap," he said, "let's go."  In separate communications between the CS and CARR, CARR stated that he suspected Tre of being a "snitch."

## September 26, 2021 Traffic Stop of BELLOVICH

30.     In late September 2021, TFO Snell and SA Clyde obtained location information for BELLOVICH's phone pursuant to a search warrant.  On the morning of September 26, 2021, TFO Snell observed BELLOVICH traveling from Los Angeles toward Sacramento. By the morning of September 27, 2021, TFO Snell and SA Clyde showed BELLOVICH traveling north on Interstate 5 near Longview, Washington. SA Clyde asked area law enforcement to attempt to locate, stop, and contact BELLOVICH.

31.     At approximately 9:25 a.m., BELLOVICH reached mile post 74 on Interstate 5 in the same gold Honda she drove through Spokane a few weeks earlier with O'MEALY and CARR. Law enforcement stopped the Honda after observing a number of traffic violations. During a driver's license check, police asked BELLOVICH about weapons and controlled substances in the Honda. BELLOVICH responded that there were no guns, but there was cocaine, fentanyl,

Affidavit of Jon T. Wiseman - 12
MATTHEW GUDINO-PENA (A/K/A "CHEESY") Criminal Complaint

LSD, and pharmaceuticals in her bags. BELLOVICH verbally consented to a search of the Honda, which revealed a grocery bag containing about 6,000 suspected fentanyl laced pills with the imprint of M/30, a small sandwich bag containing approximately 36 additional pills imprinted with M/30, 26 "Farmapram" bottles, each labeled as "Alprazolam" 90 count, a large Ziploc style bag containing a white power, which later tested positive for cocaine, a sheet of pyramid gel tabs wrapped in foil with approximately 1000 doses of LSD. BELLOVICH also admitted to having cocaine in her purse.

### O'MEALY and CARR's Threats to harm BELLOVICH

32.     BELLOVICH was placed under arrest and booked on Washington State charges.  On September 29, 2021, CARR contacted the CS and told him BELLOVICH posted bond using a residence as collateral. CARR was suspicious that BELLOVICH was able to get out of jail so quickly. CARR then told the CS that if BELLOVICH cooperates with law enforcement CARR would kill her. Later that same morning, O'MEALY contacted the CS and repeated the same concerns as CARR about BELLOVICH bonding out quickly. O'MEALY then added they would "pop" – i.e., kill – BELLOVICH if needed.

### Execution of Warrants on September 30, 2021 and October 13, 2021

33.     On September 30, 2021, DEA executed a series of search warrants on CARR and O'MEALY's residence in Eatonville, Washington and storage units in Tacoma, Washington.  DEA seized additional pills suspected to be laced with fentanyl.  They also seized several firearms as well as a several thousands of dollars of merchandise from the storage units believed to have been purchased with money obtained from the distribution of illegal narcotics.

34.     Almost immediately after the execution of the search warrants, DEA stopped receiving geolocation data for O'MEALY's phone – which DEA was had obtained pursuant to yet another search warrant.  On October 1, 2021, the CS

reported to TFO Snell that O'MEALY had "snapped sim" and "tossed phone." In another message, CARR told the CS that he (CARR) was working on getting O'MEALY out of the Tacoma area and wanting the CS to create new identities. Around this time, the CS reported to TFO Snell that the CS received a new number for O'MEALY, who, again, had snapped his old phone after DEA executed a number of search warrants in western Washington.

35.     After learning of the new telephone number, TFO Snell requested that the CS call the new number and record the conversation with O'MEALY. In a recording provided by the CS, O'MEALY stated that his door was kicked in at the house and the storage units. O'MEALY told the CS all the clothes in the storage unit were gone. In the recorded call, O'MEALY added "they" (Law Enforcement) took all of CARR's guns and ammo, their computer and O'MEALY's Rolex. In this conversation, O'MEALY asked if his phone (an iPhone provided to the CS during the August 24, 2021 transaction for 2,000 pills with CARR and BELLOVICH) was ready, and the CS responded that it was. O'MEALY then explained he would provide an address in Arizona of where to ship it. As noted above, O'MEALY previously has conversed with the CS about making his phone invisible to law enforcement.

36.     On October 4, 2021, O'MEALY sent information to where he wanted the phone shipped, specifying the following address:  Jon Mayer at 1011 N Tyndall Avenue Room 509, Tucson, Arizona.  At this point, TFO Snell purchased a Straight Talk Wireless iPhone from Walmart and accompanying pre-paid data/phone plan on October 5, 2021. Upon activation, a new telephone number was assigned.  TFO Snell linked the Apple iCloud account established on the new telephone number to a non-attributable undercover iPhone under the "Find My" family sharing feature, which provides real time GPS location information accessible through the undercover iPhone. The Find My feature could be toggled

on or off by the user of the iPhone – i.e., O'MEALY could deactivate the "find my" feature upon receipt of the phone.

37.    On October 5, 2021, the CS reported to TFO Snell that O'MEALY told the CS he was in Los Angeles and would be in Arizona in the next three days. O'MEALY said they would be staying with "Jon" until they received new identities from the CS. O'MEALY told the CS he also needed a new identity for "Cheesy" – i.e,. GUDINO-PENA (though the CS does not know GUDINO-PENA's real name).  TFO Snell was able to listen to recordings of these calls, which appeared to capture GUDINO-PENA talking in the background of the call, and, at some points, interrupting the call.  Based on the recordings, the CS and TFO Snell believed that GUDINO-PENA was traveling with O'MEALY from Washington, through Los Angeles, and ultimately to Arizona. Based on his conversations with O'MEALY and CARR, the CS stated that GUDINO-PENA was giving O'MEALY a ride from Washington to Arizona.

38.    On October 8, 2021, TFO Snell sought and obtained a search warrant to monitor geolocation information for the iPhone requested by O'MEALY, and the phone was delivered pursuant to O'MEALY's instructions.  TFO Snell also requested a geo-location warrant for a phone number identified as belonging to GUDINO-PENA.  After the delivery of O'MEALY's phone, TFO Snell observed that the iPhone was located in the area around 1011 N Tyndall Avenue in Tucson, Arizona.  The geo-location data for GUDINO-PENA's put GUDINO-PENA in this same area, though the location data was not as precise.

39.    On October 11, 2021 at approximately 5:00 p.m., TFO Snell observed that geolocation information was no longer available for CARR's prior telephone number.  Around this time, CARR contacted the CS and informed the CS that CARR's Snapchat account had been blocked.  CARR, therefore, changed his telephone number in an attempt to create a new SnapChat account. Around this

Affidavit of Jon T. Wiseman - 15
MATTHEW GUDINO-PENA (A/K/A "CHEESY") Criminal Complaint

time, CARR sent the CS his new telephone number.  After getting the new telephone number from the CS, DEA SA Jon T. Wiseman sought and obtained a search warrant for geolocation data for CARR's new phone.

40.     On October 13, 2021, DEA Special Agent Clyde, along with a team from the U.S. Marshals and USPIS apprehended O'MEALY at 1011 N Tyndall Avenue, Tucson, Arizona.  At the time he was arrested, O'MEALY was in the gym of the apartment complex with GUDINO-PENA.

41.     CARR, who informed the CS he had left the night before, was not arrested at 1011 N. Tyndall.  According to the CS, CARR was on his way back to 1011 N Tyndall Avenue, Tucson, Arizona, when CARR received a cell phone picture of police activity in the area near 1011 N. Tyndall Avenue, Tucson, Arizona.  CARR told the CS he fled the area, but continued to be in touch with the CS utilizing the new phone number CARR procured two days earlier.

42.     Following O'MEALY'S arrest, DEA Special Agent Clyde along with USPIS Inspectors Shannon Saylor and Jennifer Hiland and others executed a search warrant at 1011 N Tyndall Avenue, Tucson, Arizona. Several additional firearms were located inside 1011 N Tyndall Avenue – which again is where, according to the CS and geolocation data – is where O'MEALY and GUDINO-PENA were staying in the days leading up to the execution of the search warrant for 1011 N. Tyndall and the arrest warrant for O'MEALY.

43.     After O'MEALY'S arrest pursuant to his federal indictment, DEA interviewed GUDINO-PENA.  GUDINO-PENA was advised of his Miranda Rights and agreed to speak to SA Clyde.  During the interview, GUDINO-PENA denied any knowledge of drug trafficking and further denied any illegal involvement with CARR or O'MEALY.

44.     On October 14, 2021, DEA SA Jon T. Wiseman sought and obtained a search warrant for geolocation data for CARR's new phone – which had been

Affidavit of Jon T. Wiseman - 16
MATTHEW GUDINO-PENA (A/K/A "CHEESY") Criminal Complaint

identified by the CS.  The location data, consistent with information that had been provided to the CS, identified that CARR was located in a motel near Tucson, Arizona.  In messages to the CS, CARR indicated he was with GUDINO-PENA. Based on the location information, USMS and the DEA were able to apprehend CARR based on the arrest warrant and Indictment.  GUDINO-PENA, who was with CARR, was also taken into custody.  A search warrant is currently being sought for the hotel room they were located in.

## CONCLUSION

45.    Based upon the information above and your affiant's knowledge and experience, your affiant believes that MATTHEW GUDINO-PENA (A/K/A "CHEESY") conspired with others to Distribute 400 Grams or More of Fentanyl in the Eastern District of Washington and elsewhere.

_SA Jon T. Wiseman_
_____
Jon T. Wiseman, Special Agent
Drug Enforcement Administration


SUBSCRIBED AND SWORN to telephonically and electronically before me this 15th day of October, 2021.

_____
JOHN T. RODGERS
United States Magistrate Judge